| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Donald Sherman<br>308½ Washington<br>Coal Grove, Ohio 45638 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7001 2510 0008 6348 2597 |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE
COLUMBUS OH 430

12 JAN 2006 PM 7 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
103 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

code 1:02cr79 Hogan Symmonds
code doc 103