UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DONALD SHERMAN,
    Defendant.

Case No. __1:02cr79-02__
(Hogan, MJ.)

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: Arthur Hill
Court Reporter: _Lisa Conley, Spangler Reporting_
Date/Time: January 19, 2006 at 1:30 pm

United States Attorney: _Timothy Oakley_  Defendant Attorney: _Richard Smith-Monahan, AFPD_

*Initial Appearance Hearing on* [] Complaint; [] Indictment; [] Information; or [x] petition for probation / supervised release
[x] Counsel present
[x] Defendant informed of his / her rights
[x] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[x] Financial affidavit presented to the Court/Defendant
[x] Counsel ~~previously~~ appointed.  _Fed Pub Defender_

**Detention Hearing:** [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____  Defendant Witness _____
[ ] OR  [ ] Secured with _____  [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [x] waived; [ ] bond continued/denied
AUSA Witnesses: _____  Defendant Witnesses: _____

AUSA Exhibits: _____  Defendant Exhibits: _____

[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict   [ ] Info  [ ] Indict Read   [ ] Info Read
Defendant pleads:  [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____

Remarks: _Case cont'd to J. Dlott for further proceedings._