AO 468 (1/86) Waiver of Preliminary Examination or Hearing ⊕

# United States District Court

2006 JAN 19 PM 2:09

__Southern__ DISTRICT OF __Ohio (Western Division)__

UNITED STATES OF AMERICA

v.

Donald Sherman

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:02CR079

I, __Donald Sherman__, charged in a (complaint) (petition) pending in this District with __18 USC 3583 Probation Violation__

in violation of Title __18__, U.S.C., __3583__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

1/19/06
Date