⹋AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __OHIO__

| UNITED STATES OF AMERICA<br>V.<br><br>DONALD A. SHERMAN<br>308 ½ Washington<br>Coal Grove, OH; 45638 | SUMMONS IN A CRIMINAL CASE<br><br>Case Number:   1:02cr79 |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>Potter Stewart Courthouse; 100 East Fifth Street<br>Cincinnati, OH 45202 | Room<br>Courtroom 5 Room 701 |
|---|---|
| Before: | Date and Time<br>January 12, 2006 at 1:00 PM |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   x Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

See Attached

> I certify that this is a
> true and correct copy of the
> original filed in my Office
> 12/22/05
> JAMES BONINI, CLERK
> By: Bill Miller
>       Deputy Clerk
> DATE: 12/22/05

Jim Bonini, Clerk of Court
Name and Title of Issuing Officer

Bill Miller
Signature of Issuing Officer

December 22, 2005
Date

06 JAN 31 PM 3:59
FILED JAMES BONINI CLERK

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:¹   Date  1-10-06 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 401 Washington St.
Coal Grove, OH. 45638

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  1-10-06
            Date

John Schickel
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Lonnie M. Lynch, DUSM
E/KY

Remarks:

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.