IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

                                                Case Number: 1:02CR79-2

vs.

                                                District Judge Susan J. Dlott

DONALD SHERMAN,

## NOTICE

The Supervised Release Violation Hearing previously scheduled for Tuesday, April 18, 2006 at 10:00 AM is hereby VACATED.


                                                JAMES BONINI, CLERK

                                                ___s/William Miller_____
                                                William Miller
                                                Case Manager
                                                (513) 564-7630