AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

              V.

Case Number:   1:02CR79

DONALD A. SHERMAN

District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the Supervised Release Violation Hearing in this case has been RESET for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Courtroom #7 (Room 117) |
| 100 East Fifth Street | **DATE AND TIME** |
| Cincinnati, Ohio 45202 | May 26, 2006 at 1:30 p.m. |

***This is a time change only

JAMES BONINI, CLERK

___s/William Miller_____
William Miller
Case Manager
(513) 564-7630

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.