IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                                  Case Number: 1:02CR79-2

DONALD SHERMAN

Hearing on Probation Violation

Defendants Probation extended 1 year until 6/1/07

Conditions:

    Defendant not to accept any prescriptions for narcotics from any Doctor

    Defendant to make appointment with Dr. Saxe

    Probation to assist in finding a new Doctor for Mr. Sherman

Judge:                Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:       Julie Wolfer, Official

Date:                 May 26, 2006