# CRIMINAL MINUTES
## PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:02cr79-2

vs

DONALD SHERMAN

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter: Luke Lavini  Or        digital recording _____
Date:              5/8/08   2pm

Attorney for USA:         Richard Chema
Attorney for Defendant:   Federal Public Defender Richard Smith-Monahan

__✓__ Initial appearance held. Defendant informed of rights and charges.

_____ se continued for Probable Cause Hearing _____ Detention Hearing _____
       on _____

__✓__ Probable cause hearing held (waived)   Defendant to appear before District Judge
       _____ for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

__✓__ Defendant DETAINED pending hearing.  waived
_____ Defendant RELEASED on _____ bond

__✓__ Order APPOINTING counsel     FPD

Remarks:
_____
_____
_____