UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-                                                              Case No. CR-1-02-79 (2)

DONALD SHERMAN

WAIVER OF PRELIMINARY EXAMINATION
OR HEARING
(RULE 5 OR 32.1, FED. R CRIM. P.)

I, **DONALD SHERMAN**, charged in a Petition pending in this district with supervised release violation and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination or hearing, do hereby waive (give up) my right to a preliminary examination or hearing.

_5/8/08_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

AO 468 (1/86) Waiver of Preliminary Examination or Hearing