IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                               Case Number: 1:02CR79-2

DONALD SHERMAN

1 Years Probation

Defendant to be processed from the jail and then released

Conditions:

       Participation in Substance Abuse Program at discretion of Probation Officer to include testing

       Can not be prescribed or take an opiate medication and any other medication prescriptions must be reported to probation

Judge:                Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:      Julie Wolfer, Official

Date:                 May 21, 2008